# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

_____

| | |
|---|---|
| **DESIREE WOODS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:23-CV-04457 |
| | ) |
| **DEKALB COUNTY SCHOOL DISTRICT,** | ) |
| **and in her official capacity as Coordinator III, at Eagle Woods Academy for DeKalb County School District,** | ) |
| **AND** | ) |
| **MICHELE SUMMERLIN, Individually and in her official capacity as Executive Director, Special Education, for DeKalb County School District,** | ) |
| | ) |
| **Defendants.** | ) |

_____

## FIRST JOINT MOTION AND
## PROPOSED ORDER TO EXTEND DISCOVERY PERIOD

COME NOW the Parties to the above-captioned action, by and through their undersigned counsel of record, and hereby jointly request that this Honorable Court extend the discovery period, showing the Court as follows:

-1-

1.

Pursuant to the Court's February 7, 2024, Order, the discovery deadline is June 3, 2024.

2.

During initial discovery, the Parties exchanged initial written discovery, though gaps in responses remain to be addressed. The Parties also need to complete depositions.

3.

Despite the Parties' diligent and good-faith efforts to complete remaining discovery before the current discovery deadline, the Parties anticipate that additional time will be required to account for the likelihood of delays arising out of existing and unanticipated conflicts in the schedules of the witnesses as well as counsel, particularly during the summer vacation months, and thus respectfully request additional time to complete remaining discovery.

4.

The Parties have conferred and respectfully submit that ninety (90) days of additional discovery is required to complete discovery in light of existing and unanticipated future scheduling conflicts and thus request that discovery be extended for an additional ninety (90) days through and including September 1, 2024.

This is the Parties' first request to extend discovery, and is being made in good faith, for good cause, and not for purposes of undue delay.

5.

This same request is also being made in the related case *Baety v. DeKalb County School District, et al.*, 1:23-cv-04619-MLB-JKL, with which discovery dates are interrelated.

WHEREFORE, the Parties jointly request that the Court extend the discovery deadline for an additional ninety (90) days through and including September 1, 2024, and that all other corresponding deadlines set forth in the scheduling order likewise be extended to be consistent with the same.

The undersigned, in accordance with L.R. 7.1 and 5.1(C), hereby certify that the type-font used herein is 14-Point Times New Roman font.

Respectfully submitted this 30th day of May 2024.

| **DREW MOSLEY, LLC** | **HALL BOOTH SMITH, P.C.** |
|---|---|
| */s/ Drew Mosley* | */s/ Allison C. Averbuch* |
| Drew Mosely | Allison C. Averbuch |
| Georgia Bar No. 526406 | Georgia Bar No. 275988 |
| drew@mlawmail.com | aaverbuch@hallboothsmith.com |
| | Taylor N. Thomas |
| | Georgia Bar No. 640213 |
| 279 W. Crogan St. | tthomas@hallboothsmith.com |
| Lawrenceville, GA 30046 | |
| O: (678) 225-0098 | 191 Peachtree Street NE |
| F: (678) 221-0230 | Suite 2900 |
| | Atlanta, Georgia  30303 |

|  |  |
|---|---|
| *Attorney for Plaintiff Dr. Baety* | (404) 954-5000 (telephone) |
|  | (404) 954-5020 (facsimile) |
|  |  |
|  | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **FIRST JOINT MOTION AND PROPOSED ORDER TO EXTEND DISCOVERY PERIOD** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF system participants, and mailed a paper copy of same mailed by the United States Postal Service, first-class, postage prepaid, to parties and counsel of record who are non-CM/ECF participants, properly addressed upon:

Allison C. Averbuch
aaverbuch@hallboothsmith.com
Taylor N. Thomas
tthomas@hallboothsmith.com
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia  30303

This 30th day of May, 2024.

**DREW MOSLEY, LLC**

*/s/ Drew Mosley*
Drew Mosely
Georgia Bar No. 526406
drew@mlawmail.com

279 W. Crogan St.
Lawrenceville, GA 30046
O: (678) 225-0098
F: (678) 221-0230

*Attorney for Plaintiff Dr. Baety*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

| | |
|---|---|
| **DESIREE WOODS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:23-CV-04457 |
| | ) |
| **DEKALB COUNTY SCHOOL** | ) |
| **DISTRICT,** | ) |
| **and in her official capacity as** | ) |
| **Coordinator III, at Eagle Woods** | ) |
| **Academy for DeKalb County** | ) |
| **School District,** | ) |
| **AND** | ) |
| **MICHELE SUMMERLIN,** | ) |
| **Individually and in her official** | ) |
| **capacity as Executive Director,** | ) |
| **Special Education,** | ) |
| **for DeKalb County School District,** | ) |
| | ) |
| **Defendants.** | ) |

_____

### [PROPOSED] ORDER EXTENDING DISCOVERY

Counsel for the Parties having consented hereto and for good cause shown, it is ORDERED AND ADJUDGED that the Parties' First Joint Motion to Extend

Discovery is hereby GRANTED and discovery is hereby extended for ninety (90) days through and including September 1, 2024.

SO ORDERED, this _____ day of _____, 2024.

_____
Honorable John K. Larkins III
United States Magistrate Judge
Northern District of Georgia